UNITED STATES of America,

v.

Reginald McGLORY, Appellant.

No. 97–3057.

United States Court of Appeals,
Third Circuit.

July 8, 1999.

Before: BECKER, Chief Judge,
SLOVITER, MANSMANN,
GREENBERG, SCIRICA, NYGAARD,
ALITO, ROTH, McKEE, and RENDELL,
Circuit Judges.

**ORDER FOR REHEARING EN BANC**

EDWARD R. BECKER, Chief Judge.

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is

ORDERED that the Clerk of this Court list the above for rehearing *en banc* at the convenience of the Court.